IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: KAMAL KARNA ROY   ) Misc. No.

**ORDER**

At Wilmington this 28th day of May, 2008;

1. Kamal Karan Roy ("Roy") (also known as Joseph Geronimo, Jr.), as well as entities with which he is affiliated (e.g., Jungle Democracy, Handicap Interests International, and Reforms International) is permanently enjoined from filing lawsuits in this court. See Roy v. CBS, Inc., Civ. No. 07-206-SLR (D. Del. May 8, 2007).

2. In early May 2008, rather than direct his mailing to the Clerk's Office of this court, Roy mailed a "complaint" directly to the chambers of the undersigned judge. The return address did not include Roy's name and the envelope was inadvertently opened. It contained a "complaint" and named as defendants, among others, Senators John McCain, Barack Obama, and Hillary Clinton.

IT IS ORDERED that the envelope and its contents shall be returned to Roy at the address on the envelope. Any and all future documents sent to this court by Roy shall be refused or, absent a return address, destroyed without any review by the court.

_____
UNITED STATES DISTRICT JUDGE