RECEIVED
JUN 2 5

To
United States Court of Appeals for 3rd Circuit
US Court House
(21 400)
(Philadelphia)
601 Market St
Phila, PA 19106
US District court Delaware
DE

Misc order of Judge Sue L Robinson dt 5/28/08 US DJ / USDC for Delaware Noted (copy attached)

Notice of appeal

Dear Sirs/Madams,

The undersigned will move 3rd Circuit Court of Appeals to redress the loss of right to file Complaints to Govt of USA (US courts are wings of US Govt) and appellate rights of order as suggested by order of Judge Robinson which

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: KAMAL KARNA ROY ) Misc. No.

ORDER

At Wilmington this 28th day of May, 2008;

1. Kamal Karan Roy ("Roy") (also known as Joseph Geronimo, Jr.), as well as entities with which he is affiliated (e.g., Jungle Democracy, Handicap Interests International, and Reforms International) is permanently enjoined from filing lawsuits in this court. See Roy v. CBS, Inc., Civ. No. 07-206-SLR (D. Del. May 8, 2007).

2. In early May 2008, rather than direct his mailing to the Clerk's Office of this court, Roy mailed a "complaint" directly to the chambers of the undersigned judge. The return address did not include Roy's name and the envelope was inadvertently opened. It contained a "complaint" and named as defendants, among others, Senators John McCain, Barack Obama, and Hillary Clinton.

IT IS ORDERED that the envelope and its contents shall be returned to Roy at the address on the envelope. Any and all future documents sent to this court by Roy shall be refused or, absent a return address, destroyed without any review by the court.

UNITED STATES DISTRICT JUDGE

CIVIL COVER SHEET

I. (a) PLAINTIFFS

DEFENDANTS

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Violation / Federal Question

II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

1 U.S. Government Plaintiff

3 Federal Question (U.S. Government Not a Party)

2 U.S. Government Defendant

4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

Citizen of This State

Citizen of Another State

Citizen or Subject of a Foreign Country

Incorporated or Principal Place of Business In This State

Incorporated and Principal Place of Business In Another State

Foreign Nation

IV. NATURE OF SUIT (Place an "X" in One Box Only)

CONTRACT · TORTS · FORFEITURE/PENALTY · BANKRUPTCY · OTHER STATUTES

PERSONAL INJURY · PERSONAL PROPERTY · LABOR · SOCIAL SECURITY · PROPERTY RIGHTS · REAL PROPERTY · CIVIL RIGHTS · PRISONER PETITIONS · FEDERAL TAX SUITS

441 Voting · 442 Employment · 443 Housing/Accommodations · 444 Welfare · 440 Other Civil Rights

Voting

MISC

V. ORIGIN (Place an "X" in One Box Only)

1 Original Proceeding · 2 Removed from State Court · 3 Remanded from Appellate Court · 4 Reinstated or Reopened · 5 Transferred from another district (specify) · 6 Multidistrict Litigation · 7 Appeal to District Judge from Magistrate Judgment

VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint: JURY DEMAND: Yes No

VIII. RELATED CASE(S) IF ANY (See instructions): JUDGE DOCKET NUMBER

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

USDC

USDC / DE

Notice of Appeal to 3rd Circuit USCA Philadelphia

CIVIL Docket sheet #1 original

USA Govt is a Defendant with offices in Fairbanks AK.

Rev Dr Kamal

Jury shall decide award as allowed by Court for actual optimum damages.

Rev Dr Kamal 4-17-08

5/9/08

5/15/08

From:
Dr Kamal K K Roy
P.O.Box 1173,
Saranac Lake
New York
12983

Notice of Appeals

FIRST CLASS

To
Clerk appeal (Pro se)
U.S. Court of Appeals
for 3rd circuit
21400 U S Court House
601 Market Street
Philadelphia
PA 19106-1790

U.S.M.S. X-RAY

U.S.M.S. X-RAY

RECEIVED
JUN 23
U.S.

OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

June 24, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: In Re: Kamal Karna Roy
D. Del. No. (08-mc-00102)

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 6/3/08which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice should be docketed as of June 23, 2008. .**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/Chiquita Dyer
Legal Assistant

Enclosure
cc: Kamal Karna Roy (w/out enclosure)