RECEIVED JUN 23

To
United States Court of Appeals for 3rd Circuit
U S Court House
(21400)
(Phila Delphia)
601 Market St
Phila, PA 19106

U S District court Delaware
DE

Misc order of Judge Sue L Robinson dt 5/28/08 USDJ/USDL for Delaware noted (copy attached)

Notice of appeal

Dear Sirs/Madams,

The undersigned will move 3rd Circuit Court of Appeals to redress the loss of right to file complaints to Govt of USA (US courts are wings of US Govt) and appellate rights of order as suggested by order of Judge Robinson which

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: KAMAL KARNA ROY ) Misc. No.

ORDER

At Wilmington this 28th day of May, 2008,

1. Kamal Karan Roy ("Roy") (also known as Joseph Geronimo, Jr.), as well as entities with which he is affiliated (e.g., Jungle Democracy, Handicap Interests International, and Reforms International) is permanently enjoined from filing lawsuits in this court. See Roy v. CBS, Inc., Civ. No. 07-206-SLR (D. Del. May 8, 2007).

2. In early May 2008, rather than direct his mailing to the Clerk's Office of this court, Roy mailed a "complaint" directly to the chambers of the undersigned judge. The return address did not include Roy's name and the envelope was inadvertently opened. It contained a "complaint" and named as defendants, among others, Senators John McCain, Barack Obama, and Hillary Clinton.

IT IS ORDERED that the envelope and its contents shall be returned to Roy at the address on the envelope. Any and all future documents sent to this court by Roy shall be refused or, absent a return address, destroyed without any review by the court.

_____
UNITED STATES DISTRICT JUDGE

[Handwritten annotations surrounding the order, including: "Notice of Appeal of order dt 5.28.08 entered", "Misc No 1:2008mc00102 May 28, 2008 Judge Sue L Robinson USDJ", "Complaint for ongoing Judicial misconduct", "Appeal to USCA for 3rd Circuit Phila PA", "USDC Delaware, DE", "Madam, The filing petition to Govt is U.S. constitutional right — US citizen", "The undersigned Judge may not deny a U.S. American appeal above order as the Judge Robinson violated norms of USA", and various other marginal notes.]



From:
Dr Kamal KFR
P.O.Box 11173
Saranac lake
New York
12983

Notice of Appeal

FIRST CLASS

U.S. POSTAGE PAID
SARANAC LAKE, NY
12983
JUN 19 08
AMOUNT $2.53
00098069-04

To
Clerk appeal (Pro se)
U.S. Court of Appeals
for 3rd circuit

21400 U S Court House
601 Market street
Philadelphia
PA 19106-1790

OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

June 24, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: In Re: Kamal Karna Roy
D. Del. No. (08-mc-00102)

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 6/3/08which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice should be docketed as of June 23, 2008. .**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/Chiquita Dyer
Legal Assistant

Enclosure
cc: Kamal Karna Roy (w/out enclosure)