# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2913

In Re: Kamal Karna Roy

1-08-mc-00102

# **O R D E R**

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: July 22, 2008

Mr. Kamal Karna Roy a/k/a Jungle Democracy
P.O. Box 1173
17 Kiwassa Road
Saranac Lake, NY 12983-0000

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk